FILED
2025 Jul-22 PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District N.D OF ALABAMA |
|---|---|
| Name *(under which you were convicted)*: ANGELICA MARIA FRANCISCO | Docket or Case No.: 3-24-CR-356-LCB |
| Place of Confinement: FCI ALICEVILLE, AL | Prisoner No.: 35155-511 |
| UNITED STATES OF AMERICA V. | Movant *(include name under which convicted)* ANGELICA MARIA FRANCISCO |

FILED
2025 JUL 18 A 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA
AO

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U.S. DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA NORTHWESTERN DIVISION
   Hugo L. Black United States Courthouse 1729 5th Avenue North Birmingham, AL 35203

   (b) Criminal docket or case number (if you know): 3-24-CR-356 LCB

2. (a) Date of the judgment of conviction (if you know): 1/21/2025

   (b) Date of sentencing: 1/15/2025

3. Length of sentence: 60 MONTHS

4. Nature of crime (all counts):

   -FALSE STATEMENTS IN APPLICATION FOR U.S. PASSPORT
   -AGGRAVATED IDENTITY THEFT
   -USE OF U.S. PASSPORT OBTAINED BY FALSE STATEMENT
   -FALSE CLAIM OF CITIZENSHIP IN CONNECTION WITH VOTING

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☐

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction? Yes ☐ No ☑

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: N/A

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: N/A

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MOVANT SUBMITS THAT SHE WAS DEPRIVED OF THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL AT THE MOST CRUCIAL STAGE OF THE PROCEEDINGS, THE PLEA NEGOTIATION STAGE AND DURING THE SENTENCING HEARING. SEE BRIEF IN SUPPORT OF 28 U.S.C. SECTION 2255 ATTACHED HEREIN

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** COUNSEL OF RECORD RENDERED INEFFECTIVE ASSISTANCE DURING THE PLEA NEGOTIATIONS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MOVANT SUBMITS THAT COUNSEL RENDERED INEFFECTIVE ASSISTANCE DURING THE PLEA NEGOTIATIONS WHERE HE REPRESENTED TO MOVANT THAT GOVERNMENT WAS RECOMMENDING A 3 YEAR TERM OF IMPRISONMENT BASED ON THE FACTS THAT SHE WAS COOPERATING WITH FEDERAL AUTHORITIES WITH FURTHER INVESTIGATIONS. SEE BRIEF IN SUPPORT OF 28 U.S.C. SECTION 2255 ATTACHED HEREIN.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐ **N/A**

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:** COUNSEL OF RECORD FAILED TO RAISE AND LITIGATE A CONCURRENT SENTENCE IN LIGHT OF HER COOPERATION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MOVANT SUBMITS THAT DURING THE RULE 11 FACTUAL BASIS HEARING COUNSEL FAILED TO RAISE THE ISSUE OF HER COOPERATION, HER PROFFER WITH GOVERNMENT TO INCLUDE THE SENTENCING HEARING WHERE THE AGGRAVATED IDENTITY THEFT UNDER CT. 2, MANDATORY MINIMUM OF 2 YEARS COULD HAVE AND SHOULD HAVE PROVIDED FOR A CONCURRENT SENTENCE BASED ON THE FACTS OF HER COOPERATION UNDER U.S.S.G. SECTION 5K1.1.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:
LUCAS C. SNODGRASS 210 WEST TENNESSEE ST. FLORENCE, AL 35630

(b) At the arraignment and plea:
SAME

(c) At the trial:
N/A

(d) At sentencing:
SAME

(e) On appeal:
N/A

(f) In any post-conviction proceeding:
N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THIS MOTION IS TIMELY FILED PURSUANT TO THE ONE-YEAR STATUTE OF LIMITATIONS AS CONTINUED IN 28 U.S.C. SECTION 2255.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

ANY EVIDENTIARY HEARING ON THE ISSUES OF HER COOPERATION AND REMAND FOR THE COURTS CONSIDERATION OF CONCURRENT SENTENCES.

or any other relief to which movant may be entitled.

IN PRO/SE

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 7-11-25.

(month, date, year)

Executed (signed) on 7-11-25 (date)

Angelica M. Francisco

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Angelica M. Francisco #35155-511
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000
Aliceville, AL 35442

7022 3330 0002 3230 4396

Retail
UNITED STATES POSTAL SERVICE
35203
RDC 99

U.S. District Court
Northern District of Alabama
Northwestern Division
Hugo L. Black U.S Courthouse
1729 5th Avenue North
Birmingham, Al 35203

SECURITY
JUL 18 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA